UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAVOLE NUNNERY                                             CIVIL ACTION

VERSUS                                                     NO. 13-6116

AMERICAN SECURITY INSURANCE COMPANY                        SECTION "F" (3)

ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE for failure to comply with this Court's orders.

New Orleans, Louisiana, this   28th   day        May        , 2014.

_____
UNITED STATES DISTRICT JUDGE